# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sherlyn Ochoa Vazquez**<br>YOB: 2003; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**24-00127MJ** |

Complaint for violation of Title 8 United States Code § 1326 (a); 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about January 11, 2024 at or near Naco, in the District of Arizona, **Sherlyn OCHOA VAZQUEZ** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on January 4, 2024, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (a).

**COUNT 2:** On or about January 11, 2024, at or near Naco, in the District of Arizona, **Sherlyn OCHOA VAZQUEZ** an alien, illegally entered the United States of America from the Republic of Mexico by making a willfully false or misleading representation or willful concealment of a material fact; in violation of Title 8, United States Code §1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Sherlyn OCHOA VAZQUEZ** is a citizen of Mexico. On January 4, 2024, **Sherlyn OCHOA VAZQUEZ** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On January 11, 2024, **Sherlyn OCHOA VAZQUEZ** knowingly and intentionally re-entered the United States by falsely claiming to be a United States citizen when in fact she is a citizen and national of Mexico. **Sherlyn OCHOA VAZQUEZ** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
Victor Guzman-Rivera

OFFICIAL TITLE
CBP Enforcement Officer

Sworn by telephone: X

SIGNATURE OF MAGISTRATE JUDGE

DATE
January 12, 2024

1) See Federal rules of Criminal Procedure Rules 3, 4 and 54

Reviewing AUSA: Rieu